STEVEN PLESSER (Cal. SBN #161615)
REICHEL & PLESSER LLP
455 Capitol Mall, Suite 350
Sacramento, CA. 95814
Tel. (916) 498-9258
Fax (888) 567-2949
E-Mail:  steve@reichellaw.com

Attorney for Defendant
TERRANCE R. SMALLS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TERRANCE R. SMALLS.<br><br>    Defendant. | No. 2:12-cr-364 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE<br><br>Date:  01/24/14<br>Time:  9 a.m.<br>Judge:  Hon. Garland E. Burrell, Jr. |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jared Dolan, Assistant United States Attorney, attorney for plaintiff, together with Steven Plesser, attorney for defendant Terrance R. Smalls that the above case be vacated from this Court's January 24, 2014 calendar and that it be continued until February 21, 2014 at 9 a.m. for status conference.

    The Court is advised that a non-trial disposition has been agreed to in this case. However, Mr. Smalls has informed counsel that his car and wallet were recently stolen and he is in the process of obtaining a replacement driver's license.  He will not be able to obtain one prior to the court date and will thus not be able to fly to Sacramento from his home in Southern California.  He also cannot drive without a vehicle or license.  It is anticipated that Mr. Small's will enter a change of plea to the plea agreement at the subsequent court date of February 21.

1

The Court is requested to find that this continuance is reasonable, that the interests of justice served by granting it outweigh the interests of the defendants and of the public in a speedy trial, and that time for trial under the Speedy Trial Act be excluded pursuant to 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  January 21, 2014                    /s/ Steven B. Plesser
                                            STEVEN B. PLESSER
                                            Attorney for Defendant
                                            TERRANCE R. SMALLS


Dated:  January 21, 2014                    U.S ATTORNEY'S OFFICE

                                    by:     /s/ Steven B. Plesser for
                                            JARED DOLAN
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

### [PROPOSED] ORDER

The Court finds that the interests of justice served by granting the attached request for a continuance outweigh the best interests of the public and the defendant in a speedy trial. The request for a continuance is therefore granted.

Time for trial under the Speedy Trial Act is hereby excluded between January 24, 2014 and February 21, 2014 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4.  It is further ordered that the January 24, 2014, status conference shall be continued until February 21, 2014 at 9:00 a.m.

**IT IS SO ORDERED**.

Dated:  January 22, 2014


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge